**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  LAURA L. GLENN & BRIAN L. GLENN                    Case Number: 04-70154
2501 STANTON CIRCLE                    SSN-xxx-xx-9518 & xxx-xx-5497
LAKE IN THE HILLS, IL  60156

Case filed on:        1/13/2004
Plan Confirmed on:    3/22/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $24,668.42          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 203 | CHASE MANHATTAN MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 224 | ATTORNEY ANDREW E HOUHA #6216265 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LAURA L. GLENN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,425.00 | 2,265.53 | 2,265.53 | 964.99 |
| 002 | BENEFICIAL MORTGAGE CO OF ILLINOIS | 2,910.08 | 2,910.08 | 2,910.08 | 0.00 |
| 003 | CHASE HOME FINANCE | 5,698.53 | 5,623.78 | 5,623.78 | 0.00 |
| 004 | HARRIS BANK/CONSUMER LOAN CENTER | 6,225.00 | 6,225.00 | 6,225.00 | 1,622.24 |
| | Total Secured | 17,258.61 | 17,024.39 | 17,024.39 | 2,587.23 |
| 001 | AMERICAN GENERAL FINANCE | 520.00 | 0.00 | 0.00 | 0.00 |
| 004 | HARRIS BANK/CONSUMER LOAN CENTER | 410.44 | 32.84 | 2.54 | 0.00 |
| 005 | BECKET & LEE, LLP | 978.64 | 78.29 | 26.91 | 0.00 |
| 006 | AT&T WIRELESS | 1,194.51 | 95.56 | 32.85 | 0.00 |
| 007 | BENEFICIAL MORTGAGE CO OF ILLINOIS | 14,898.17 | 1,191.85 | 521.54 | 0.00 |
| 008 | CAPITAL ONE | 1,101.42 | 88.11 | 30.29 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 5,298.76 | 423.90 | 185.50 | 0.00 |
| 010 | FINGERHUT CREDIT ADVANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GREAT LAKES EDUCATIONAL LOAN SERV | 32,273.45 | 2,581.88 | 1,129.79 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 373.08 | 29.85 | 2.31 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 3,112.71 | 249.02 | 108.97 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 989.62 | 79.17 | 27.21 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 772.94 | 61.84 | 21.26 | 0.00 |
| 016 | ROBERT MORRIS COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SALLIEMAE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 624.95 | 50.00 | 17.19 | 0.00 |
| 019 | WELLS FARGO FINANCIAL | 575.47 | 46.04 | 20.15 | 0.00 |
| 020 | WELLS FARGO FINANCIAL | 858.27 | 68.66 | 23.60 | 0.00 |
| 021 | WELLS FARGO FINANCIAL BANK | 1,652.29 | 132.18 | 57.84 | 0.00 |
| 022 | SHERMAN HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BECKET & LEE, LLP | 10.48 | 0.84 | 0.07 | 0.00 |
| 025 | BECKET & LEE, LLP | 382.55 | 30.60 | 2.35 | 0.00 |
| 026 | AT&T WIRELESS | 505.65 | 40.45 | 17.70 | 0.00 |
| | Total Unsecured | 66,533.40 | 5,281.08 | 2,228.07 | 0.00 |
| | Grand Total: | 84,892.01 | 23,405.47 | 20,352.46 | 2,587.23 |

Total Paid Claimant:      $22,939.69
Trustee Allowance:        $1,728.73          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        42.19         discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                             Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan